IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>10 S. Howard Street, 3rd Floor<br>Baltimore, MD  21201 | )<br>)<br>)<br>)<br>) | Civil Action No. |
| Plaintiff, | )<br>) | <u>COMPLAINT</u> |
| v. | )<br>) | <u>JURY TRIAL DEMAND</u> |
| FALLING SPRING CORP.,<br>1716 Dual Highway<br>Hagerstown, MD 21740-6635 | )<br>)<br>)<br>) | |
| Defendant. | ) | |

<u>NATURE OF THE ACTION</u>

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Kimberly C. Sudhoff.  As alleged with greater specificity below in paragraph seven (7), the Commission charges that Defendant Falling Spring Corp., doing business as Hampton Inn, has engaged in sex discrimination by withdrawing its offer of employment to Ms. Sudhoff and refusing to hire her because of her pregnancy.

<u>JURISDICTION AND VENUE</u>

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The alleged unlawful employment practices were committed within the jurisdiction of the United States District Court for the District of Maryland, Northern Division.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.  At all relevant times, Falling Spring Corp. ("Defendant") doing business as Hampton Inn has continuously been a company doing business in the State of Maryland and the city of Hagerstown, and has continuously had at least fifteen (15) employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701 (b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Kimberly C. Sudhoff filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  On or about January 5, 2006, Defendant engaged in unlawful employment practices in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). The practices included withdrawing its offer of employment as a part-time receptionist to Ms. Sudhoff and failing to hire her upon learning that she was approximately four months pregnant.

8.     The effect of the practices complained of above has been to deprive Kimberly C. Sudhoff of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex.

9.     The unlawful employment practices complained of above were and are intentional.

10.    The unlawful employment practices complained of above were and are done with malice or with reckless indifference to the federally protected rights of Kimberly C. Sudhoff.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.     Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in employment practices which discriminate on the basis of sex.

B.     Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for women and which eradicate the effects of Defendant's past and present unlawful employment practices.

C.     Order Defendant to make whole Kimberly C. Sudhoff by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, front pay and reinstatement.

D.     Order Defendant to make whole Kimberly C. Sudhoff by providing compensation

for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

  E.  Order Defendant to make whole Kimberly C. Sudhoff by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including pain, suffering and humiliation, in amounts to be determined at trial.

  F.  Order Defendant to pay Kimberly C. Sudhoff punitive damages for Defendant's malicious and reckless conduct described above, in amounts to be determined at trial.

  G.  Grant such further relief as the Court deems necessary and proper in the public interest.

  H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

        Respectfully submitted,

        RONALD S. COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel


        _____/s/_____
        JACQUELINE MCNAIR
        Regional Attorney

_____/s/_____
DEBRA M. LAWRENCE
Supervisory Trial Attorney

_____/s/_____
MARIA SALACUSE
Senior Trial Attorney
Federal Bar No. 15562

_____/s/_____
MARIA MOROCCO
Senior Trial Attorney
Federal Bar No. 24357

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Baltimore Field Office
10 S. Howard Street
3rd Floor
Baltimore, Maryland  21201
Phone:  (410) 962-4341
Fax: (410) 962-4270